IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ASHLEY BARNER AND SHAWN ROEBUCK, ON BEHALF OF THE MCLANE COMPANY, INC. PROFIT SHARING PLAN,<br>　　　　*Plaintiffs*,<br>v.<br>MCLANE COMPANY, INC.,<br>　　　　*Defendant*. | § § § § § § § § § § | 6:23-CV-00301-ADA-DTG |

**ORDER**

On November 10, 2025, Plaintiffs filed a notice of dismissal without prejudice before the opposing party served an answer or a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 78.

A notice of dismissal under Rule 41(a)(1)(A)(i) "is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED November 11, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE